**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

LUIS ENRIQUE BICET,

Petitioner,

v. Case No. 3:26-cv-2694-WWB-SJH

WARDEN, NORTH FLORIDA DETENTION FACILITY, et al.,

Respondents.

---

## ORDER

Petitioner, an immigration detainee, initiated this action on October 5, 2026, by filing a pro se Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1). Petitioner, a citizen of Cuba, contends that his removal order became final on July 7, 2010. (*Id.* at 4). Immigration and Customs Enforcement ("**ICE**") detained Petitioner on April 2, 2026, to execute his removal, but its attempts have been unsuccessful. (*Id.* at 4, 6–7). He asserts that he remains in ICE custody and his prolonged detention has violated his rights seemingly under *Zadvydas v. Davis*, 533 U.S. 678 (2001), and there is no significant likelihood of his removal in the reasonably foreseeable future. (*Id.* at 6–7). Federal Respondents filed a Response advising the Court that they "do not oppose the petition." (Doc. 8 at 1). They explain that while "[t]he official position of [the Department of Homeland Security] is that there is [a] significant likelihood of removal in the reasonably foreseeable future[,]" "[t]he only evidence available currently is the affidavit reflecting that they are searching for a third country that will accept [Petitioner]." (*Id.* at 4–5).

Based on Federal Respondents' non-opposition to the petition, Petitioner's *Zadvydas* claim is granted.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Petition (Doc. 1) is **GRANTED** to the extent stated herein.
2. Respondents shall release Petitioner, subject to supervision pursuant to 8 U.S.C. § 1231(a)(3), **within 24 hours** of this Order. Upon release, Respondents shall provide Petitioner with access to a telephone to arrange transportation from the detention facility.
3. Respondent Warden's Motion to Dismiss (Doc. 7) is **DENIED**.
4. The Clerk shall enter judgment granting the Petition, terminate any pending motions, and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, on October 26, 2026.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

c. pro se Petitioner
counsel of record